UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MALONE,<br><br>        Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>        Defendants. | Case No. 25-cv-00827-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

Parties to file a Stipulation & Proposed Order Selecting ADR Process by 5/16/2025

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 8/15/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 8/29/2025.

DESIGNATION OF EXPERTS: 9/5/2025; REBUTTAL: 9/23/2025;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 10/17/2025.

ADR:  To be Completed by 11/2/2025

DISPOSITIVE MOTIONS **SHALL** be filed by; 1/9/2026;
    Opp. Due: 1/23/2026; Reply Due: 1/30/2026;
    and set for hearing no later than 2/13/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  3/24/2026
PRETRIAL CONFERENCE DATE: 4/7/2026 at 1:30 PM.

JURY TRIAL DATE: 4/20/2026 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: May 2, 2025

_____
SUSAN ILLSTON
United States District Judge